**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24-1066

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 09956110 (Class A)** |
| **v.** | ] | |
| **DANIIL RUSSU** | ] | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **1st day of May 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DANIIL RUSSU** did commit:

Possession of a Firearm in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 20TH DAY OF JUNE 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 May, 2024 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Suspect was stopped for trespassing on Federal property. Upon further investigation, suspect was in possession of a Sig Sauer P320 handgun, SN# 58J416095, with (1) 15rd magazine loaded with 14 rounds Hornady Critical Defense ammunition. Also found was (1) 17rd magazine loaded with 17 rounds of ball ammunition.

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/01/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11